ANDREA SHAW, an Infant, by RUTH E. SHAW, Her Guardian ad Litem, et al., Respondents, *v.* CITY OF NEW YORK et al., Appellants.

Argued October 25, 1938; decided November 29, 1938.

*William C. Chanler, Corporation Counsel (Leonard M. Wallstein, Jr.,* and *Paxton Blair* of counsel), for City of New York, appellant.

*Desmond T. Barry, Edward A. Shandell* and *Chauncey L. Grant* for Abgor Contracting Company, Inc., appellant.

*William Dike Reed, J. C. Thomson* and *John C. Delaney* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.